**Order filed February 10, 2015**



**In The**

# Fourteenth Court of Appeals

### NO. 14-15-00015-CV
### IN THE INTEREST OF C.C.G., A CHILD

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-03557J**

## O R D E R

The notice of appeal in this case was filed January 6, 2015. The clerk's record was filed January 15, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **February 25, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM